# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MARK SHNEOUR, et al., | CASE NO. 10CV739 DMS (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |
| vs. | |
| WELLS FARGO HOME MORTGAGE, et al., | [Doc. 5] |
| Defendant. | |

The parties have filed a joint motion to extend time for Defendant Fidelity National Title Insurance to respond to Plaintiff's complaint. The motion is granted. Defendant's response shall be filed on or before May 19, 2010.

**IT IS SO ORDERED.**

DATED: May 7, 2010

_____
HON. DANA M. SABRAW
United States District Judge